**No. 45034.**—Protests 546640–G, etc., of A. J. Capone Co. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.